within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1296. IN RE DISBARMENT OF HOHENSTEIN. It is ordered that Kurt A. Hohenstein, of South Sioux City, Neb., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1297. IN RE DISBARMENT OF SMITH. It is ordered that Arthur Allan Smith, of Dearborn, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1298. IN RE DISBARMENT OF ROONEY. It is ordered that John P. Rooney, Jr., of Chappaqua, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 91–375. PLEDGER, DIRECTOR, DEPARTMENT OF FINANCE AND ADMINISTRATION OF ARKANSAS, ET AL. v. BOSNICK ET AL., *ante*, p. 921;

No. 92–1680. SORO, DBA CITICORP MORTGAGE CO., INC. v. CITICORP, 508 U. S. 961;

No. 92–6035. DRAUGHON v. TEXAS, *ante*, p. 926;

No. 92–6942. NEWTON v. TEXAS, *ante*, p. 926;

No. 92–7979. HAMPEL ET VIR v. AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO ET AL., *ante*, p. 926;

No. 92–8002. MILLER v. LEE, ATTORNEY GENERAL OF NORTH CAROLINA, 508 U. S. 919;

No. 92–8289. MITCHELL v. UNITED STATES, 508 U. S. 953;

No. 92–8315. MCLEOD v. MCLEOD ET AL., 508 U. S. 954;

No. 92–8540. RODGERS v. TRIGG, SUPERINTENDENT, INDIANA YOUTH CENTER, *ante*, p. 927;

No. 92–8552. TAGGART v. ILLINOIS, *ante*, p. 928;

No. 92–8574. FAIRCHILD v. ENDELL, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 928;

No. 92–8575. JONES v. CITY OF ST. PAUL, MINNESOTA, ET AL., *ante*, p. 928;

No. 92–8599. IN RE BENNY, *ante*, p. 920;

No. 92–8603. CARTER *v.* KEESEE ET AL., *ante*, p. 910;

No. 92–8604. CRITES *v.* KAISER ALUMINUM & CHEMICAL CORP. ET AL., *ante*, p. 910;

No. 92–8676. MILLER *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF MONESSEN, *ante*, p. 930;

No. 92–8698. MUINA *v.* KKK ORGANIZATION OF AMERICA ET AL., *ante*, p. 930;

No. 92–8852. HATHORN *v.* TEXAS, *ante*, p. 932; and

No. 92–8880. ROCCIO *v.* UNITED STATES, *ante*, p. 932. Petitions for rehearing denied. JUSTICE GINSBURG took no part in the consideration or decision of these petitions.

No. 92–7367. NELSON *v.* FORMAN, 507 U. S. 977. Motion for leave to file petition for rehearing denied. JUSTICE GINSBURG took no part in the consideration or decision of this motion.

No. 92–8543. KLEINSCHMIDT *v.* UNITED STATES FIDELITY & GUARANTY INSURANCE CO. ET AL., *ante*, p. 928. Motion for clarification denied. Petition for rehearing denied. JUSTICE GINSBURG took no part in the consideration or decision of this motion and this petition.

## AUGUST 30, 1993

No. A–195 (O. T. 1993). DESHIELDS *v.* SNYDER, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. JUSTICE GINSBURG took no part in the consideration or decision of this application.

No. 93–5756 (A–196). WILKERSON *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this application and this petition.

## AUGUST 31, 1993

No. A–174 (O. T. 1993). BEAVERS *v.* TEXAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency